**Order filed August 7, 2018.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-18-00246-CV

———————————

### LINDA ALAN, Appellant

### V.

### NATIONSTAR MORTGAGE, LLC, Appellee

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2016-09047**

## O R D E R

Appellant's brief was due July 26, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 22, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM